UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALESA B., | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:18-CV-1289-B-BK |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § | |
| DEFENDANT. | § | |

**ORDER ACCEPTING FINDINGS, RECOMMENDATIONS, AND CONCLUSIONS OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff is awarded attorneys' fees in the amount of $4,380.81. The fee award shall be made payable directly to Plaintiff, but sent in care of her attorney.

SO ORDERED this 30th day of December, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE